NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HASSAN ALI PEJOUHESH,**

*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**

*Defendant-Appellee.*

---

2014-5144

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00519-MMS, Judge Margaret M. Sweeney.

---

**ON MOTION**

---

**O R D E R**

The appellant moves to withdraw his appeal. The United States moves to dismiss the appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                                    PEJOUHESH v. US

    (1)  The motion to withdraw the appeal is granted and the appeal is dismissed.

    (2)  Any other pending motions are denied as moot.

    (3)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8

ISSUED AS A MANDATE: <u>October 15, 2014</u>